S. LANE TUCKER
United States Attorney

JACK S. SCHMIDT
Assistant United States. Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: jack.schmidt@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JESSIE HALILI REGINIO,<br><br>　　　　Defendant. | ) No.　1:23-cr-00013-JMK-MMS<br>)<br>) COUNT 1:<br>) MISREPRESENTATION OF INDIAN<br>) PRODUCED GOODS<br>)　　Vio. 18 U.S.C. §1159(a) and<br>) (b)(1)(A)(i)<br>)<br>)<br>) |

INFORMATION

The United States Attorney charges that:

COUNT 1

Between in or about March 2019 through November 16, 2019, the defendant, JESSIE HALILI REGINIO, within the District of Alaska and elsewhere, did knowingly offer and display for sale and sell goods, specifically stone carvings and wood totem poles not made by an Alaska Native, in a manner that falsely suggested these goods as

being Indian produced and Indian products, in particular that they were authentic Alaska Native carvings, knowing that they were not.

All of which is in violation of Title 18, United States Code, §1159(a) and (b)(1)(A)(i).

RESPECTFULLY SUBMITTED on December 18, 2023, at Juneau, Alaska.

S. LANE TUCKER
United States Attorney

s/ Jack S. Schmidt
JACK S. SCHMIDT
Assistant United States Attorney
United States of America
