# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 1:23-cr-00013-JMK-MMS |
| | ) |
| JESSIE HALILI REGINIO | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/16/2024

*Defendant's signature*

*Signature of defendant's attorney*

JANE M. IMHOLTE

*Printed name of defendant's attorney*

*Judge's signature*

*Judge's printed name and title*